| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br><br>John Paulsen<br>Karen Paulsen | Case Number:    12-34123-MBK<br><br>Chapter:    13<br><br>Judge:    Kaplan |

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO:  John Paulsen & Karen Paulsen
     Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE: 01/17/2018                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*