**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John Paulsen | Social Security number or ITIN   xxx–xx–2556 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Karen Paulsen | Social Security number or ITIN   xxx–xx–5557 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–34123–MBK | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Paulsen                             Karen Paulsen

5/15/18                             **By the court:** Michael B. Kaplan
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                  **Chapter 13 Discharge**                  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 12-34123-MBK
John Paulsen                                                                     Chapter 13
Karen Paulsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1                Date Rcvd: May 15, 2018
                              Form ID: 3180W             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db/jdb         +John Paulsen,   Karen Paulsen,   23 Millard Terrace,   Ewing, NJ 08638-4711
cr             +The Bank Of New York Mellon,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
513401520      +CH-Emergency Physicians,   Lockbox #9657,   P.O. Box 9657,   Philadelphia, PA 19178-0001
513401519       Capital Health Medical Center-Hopewell,   P.O. Box 785831,   Philadelphia, PA 19178-0001
513401521      +Ewing Medical Associates,   1539 Pennington Road,   Trenton, NJ 08618-1389
513584018     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,   PO Box 619096,   Dallas, TX 75261-9741)
513401523       Nationstar Mortgage,   P.O. Box 650783,   Dallas, TX 75265-0783
513418896      +Nationstar Mortgage,   PO Box 829009,   Dallas, TX 75382-9009
513620145      +New Century Financial Services, Inc.,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
                 Parsippany NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:21    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513401522       EDI: IRS.COM May 16 2018 03:04:00    Internal Revenue Service,   PO Box 724,
                 Springfield, NJ 07081-0724
513527660       E-mail/Text: bknotice@crgofusa.com May 15 2018 23:23:55
                 InSolve Recovery LLC c/o Capital Recovery Grp LLC,   Dept 3203,   PO BOX 123203,
                 DALLAS, TX 75312-3203
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    Nationstar Mortgage, LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage, LLC cmecf@sternlav.com
          Kevin C. Fayette    on behalf of Debtor John  Paulsen kfayette@kevinfayette.com
          Kevin C. Fayette    on behalf of Joint Debtor Karen  Paulsen kfayette@kevinfayette.com
          Kevin M. Buttery    on behalf of Creditor    The Bank Of New York Mellon bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    The Bank Of New York Mellon bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                              TOTAL: 8